This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JAMES B. NUTTER & COMPANY,**

Plaintiff-Appellant,

v.                                                                     **NO. 32,706**

**RANDY F. McCOY; MARGO P. McCOY;**
**WELLS FARGO FINANCIAL BANK;**
**STATE OF NEW MEXICO DEPARTMENT**
**OF WORKFORCE SOLUTIONS;**
**UNITED STATES OF AMERICA (IRS);**
**THE PICK FAMILY TRUST;**
**SUNQUEST MARKETING, INC.**
**d/b/a PREMIUM SHOPPING GUIDE;**
**PARTS PLUS OF NEW MEXICO, INC.;**
**JAMIE SCHUBERT; LYDIA ROMERO;**
**CAPITAL ONE BANK (USA), N.A.; and**
**ADVANCEME, INC.,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Clay Campbell, District Judge**

Susan C. Little & Associates, Ltd.
Amber G. Cash
Sandra A. Davison
Albuquerque, NM

for Appellant

New Mexico Department of Workforce Solutions
Elizabeth A. Garcia
Albuquerque, NM

The United States of America (IRS)
Kenneth J. Gonzales
Manuel Lucero
Albuquerque, NM

Onman & Yntema P.A.
Hessel E. Yntema III
Albuquerque, NM

for Appellees

## MEMORANDUM OPINION

**WECHSLER, Judge.**

{1}    Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}    Accordingly, we dismiss for the reasons stated in our calendar notice.

{3}    **IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____

**JONATHAN B. SUTIN, Judge**

_____

**TIMOTHY L. GARCIA, Judge**